# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Pennsylvania State System of Higher  
Education, Office of the Chancellor,  
                Petitioner : 

       v.              :      No. 2126 C.D. 2015

Association of State College and  
University Faculties, ("APSCUF"),  
                Respondent :

California University of Pennsylvania,  
                Petitioner :

       v.              :      No. 2127 C.D. 2015

Association of State College and  
University Faculties, ("APSCUF"),  
                Respondent :

Cheyney University of Pennsylvania,  
                Petitioner :

       v.              :      No. 2128 C.D. 2015

Association of Pennsylvania State College  
and University Faculties ("APSCUF"),  
                Respondent :

Clarion University of Pennsylvania,  
                Petitioner :

       v.              :      No. 2129 C.D. 2015

Association of Pennsylvania State College  
and University Faculties ("APSCUF"),  
                Respondent :

East Stroudsburg University
of Pennsylvania,

                          Petitioner

        v.                                  No. 2130 C.D. 2015

Association of Pennsylvania State College
and University Faculties ("APSCUF"),
                          Respondent

Edinboro University of Pennsylvania,
                          Petitioner

        v.                                  No. 2131 C.D. 2015

Association of Pennsylvania
State College and University
Faculties ("APSCUF"),
                          Respondent

Indiana University of Pennsylvania,
                          Petitioner

        v.                                  No. 2132 C.D. 2015

Association of Pennsylvania
State College and University
Faculties ("APSCUF"),
                          Respondent

Kutztown University of Pennsylvania,
                          Petitioner

        v.                                  No. 2133 C.D. 2015

Association of Pennsylvania
State College and University Faculties
("APSCUF"),

Respondent                   :

Lock Haven University of Pennsylvania,   :
Petitioner         :
                                         :
v.                        :          No. 2134 C.D. 2015
                                         :
Association of Pennsylvania              :
State College and University Faculties   :
("APSCUF"),                              :
Respondent         :

Millersville University of Pennsylvania, :
Petitioner         :
                                         :
v.                        :          No. 2135 C.D. 2015
                                         :
Association of Pennsylvania State        :
College and University Faculties         :
("APSCUF"),                              :
Respondent         :

Shippensburg University of Pennsylvania, :
Petitioner         :
                                         :
v.                        :          No. 2136 C.D. 2015
                                         :
Association of Pennsylvania State College :
and University Faculties ("APSCUF"),     :
Respondent         :

Slippery Rock University of Pennsylvania, :
Petitioner         :
                                         :
v.                        :          No. 2137 C.D. 2015
                                         :
Association of Pennsylvania              :
State College and University             :

Faculties ("APSCUF"),                                            :
                          Respondent                             :

West Chester University of Pennsylvania,                         :
                          Petitioner                             :
                                                                 :
            v.                                                   :        No. 2138 C.D. 2015
                                                                 :
Association of Pennsylvania                                      :
State College and University                                    :
Faculties ("APSCUF"),                                           :
                          Respondent                             :

Mansfield University and Bloomsburg                              :
University,                                                      :
                          Petitioners                            :
                                                                 :
            v.                                                   :        No. 2654 C.D. 2015
                                                                 :
Association of Pennsylvania                                      :
State College and University Faculties                           :
("APSCUF"),                                                     :
                          Respondent                             :

## **O R D E R**

NOW, August 19, 2016, upon consideration of respondent's application for reargument and petitioners' answer in response thereto, the application is denied.

 

_____
MARY HANNAH LEAVITT,
President Judge